An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BILAL ABDULLAH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62623

**FILED**

OCT 1 7 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal under NRAP 4(c) from a judgment of conviction, pursuant to a guilty plea, of attempted robbery. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant argues that his guilty plea was not knowing and voluntary where he pleaded guilty to attempted robbery as a category C felony but was convicted of attempted robbery as a category B felony. Generally, challenges to the validity of a guilty plea must be raised in the district court in the first instance by either filing a motion to withdraw the guilty plea or commencing a post-conviction proceeding pursuant to NRS chapter 34. *Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 367-68 (1986); *see also O'Guinn v. State*, 118 Nev. 849, 851-52, 59 P.3d 488, 489-90 (2002). Because the record does not indicate that appellant challenged the validity of his guilty plea in the district court, his claim is not appropriate for review on direct appeal from the judgment of conviction,

13-31151

and therefore, we need not address it. *Bryant*, 102 Nev. at 272, 721 P.2d at 368. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
    Sandra L. Stewart
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk